OPINION — AG — NEITHER BRISTOW OR DRUMRIGHT, NOT BOTH OF THESE CITIES ACTING IN COMBINATION, MAY CREATE, IN CONJUNCTION WITH CREEK COUNTY, A METROPOLITAN AREA PLANNING COMMISSION UNDER THE TERMS OF 19 O.S. 1961 866.1 [19-866.1] CITE: 19 O.S. 1961 866.7 [19-866.7], 19 O.S. 1961 866.8 [19-866.8], 19 O.S. 1961 866.2 [19-866.2], 19 O.S. 1961 866.1 [19-866.1], OPINION NO. DECEMBER 8, 1960 — HIRSCHI (BURCK BAILEY) ** SEE: OPINION NO. 69-310 (1969) **